**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br><br>Plaintiff,<br><br>vs.<br><br>Main Street Host, Inc.,<br><br>Defendant. | Case No.: CV 20-9773-DMG (PVCx)<br><br>**ORDER RE DISMISSAL OF ACTION [18]** |

Pursuant to the Parties' Joint Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative Class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The dismissal of Plaintiff's individual claims against Defendant will automatically convert to a dismissal with prejudice within thirty (30) days after the entry of this Order, unless Plaintiff moves to reopen the action or the Parties agree to extend the deadline before the expiration thereof. The Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  February 10, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-